```
 1  Paul T. Friedman (BAR NO. 98381)
    Annemarie C. O'Shea (BAR NO. 157988)
 2  Morrison & Foerster LLP
    425 Market Street
 3  San Francisco, California  94105-2482
    Telephone:  415.268.7000
 4  Facsimile:  415.268.7522
    Attorneys for Defendant
 5  UNITED PARCEL SERVICE, INC.

 6  JOHN W. FRICKS (BAR nO. 150539)
    KRISTA M. KODL (BAR NO. 234122)
 7  OGDEN & FRICKS LLP
    656 Santa Rosa, Second Floor
 8  San Luis Obispo, California 93401
    Telephone:  805.544.5600
 9  Facsimile:  805.544.7700

10  Attorneys for Plaintiff
    Azurelite Development, LLC
11
                    UNITED STATES DISTRICT COURT
12
                   EASTERN DISTRICT OF CALIFORNIA
13
                           FRESNO DIVISION
14

15  AZURELITE DEVELOPMENT, LLC        No.  1:05-CV-01569-OWW-SMS
                                      STIPULATION and ORDER TO
16          Plaintiff,                CONTINUE SETTLEMENT CONFERENCE
        v.
17
    UNITED PARCEL SERVICE, INC.,
18
            Defendant.
19

20
21  The parties hereto, through their respective counsel, respectfully
22  request that the Settlement Conference in this case be rescheduled
23  from January 11, 2007 at 1:00 p.m., to February 6, 2007, at 10:00
24  a.m. or such other time as may be convenient for the Court.  The
25  reason for the request is that this case is not presently in
26  settlement posture.  The parties have not yet had opportunity to
27  sufficiently confer regarding settlement and have not yet had
28  sufficient time to evaluate damages to permit meaningful settlement
```

sf-2241094                              1
No. 1:05-CV-01569-OWW-SMS  Stipulation And [Proposed] Order to continue settlement conference

PDF created with pdfFactory trial version www.pdffactory.com

1  discussions.  The parties therefore seek additional time to
2  appropriately confer regarding settlement.
3  IT IS SO STIPULATED:
4  Dated:  December 13, 2006        PAUL T. FRIEDMAN
                                    ANNEMARIE O'SHEA
5                                   MORRISON & FOERSTER LLP
6
7                                   By:   */s/ Annemarie O'Shea*
                                          Annemarie C. O'Shea
8                                   Attorneys for Defendant
                                    UNITED PARCEL SERVICE, INC.
9
10 Dated:  December 13, 2006        JOHN W. FRICKS
                                    KRISTA M. KODL
11                                  OGDEN & FRICKS LLP
12
13                                  By:  */s/ John W. Fricks*
                                         John W. Fricks
14                                  Attorneys for Plaintiff
                                    AZURELITE DEVELOPMENT LLC
15
16                          ATTESTATION
17    I, Annemarie C. O'Shea, am the ECF User whose ID and password
18 are being used to file this STIPULATION AND [PROPOSED] ORDER TO
19 CONTINUE SETTLEMENT CONFERENCE.  In compliance with General
20 Order 45., I hereby attest that John W. Fricks has concurred in
21 this filing.
22                                  /s/ Annemarie C. O'Shea
                                        Annemarie C. O'Shea
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

1 ORDER

2      For good cause shown, and upon stipulation of the parties, the
3 Settlement Conference, currently set for January 11, 2007, is
4 hereby rescheduled to February 6, 2007, at 10 a.m.  The parties
5 shall submit Confidential Settlement Conference Statements at least
6 five court days before the Settlement Conference, as set forth in
7 the Scheduling Conference Order.

8

9 **IT IS SO ORDERED.**

10 Dated: December 18, 2006

11

12                                  /s/ Sandra M. Snyder
                                 The Honorable Sandra M. Snyder
13                                United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com