UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZURELITE DEVELOPMENT, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>         Defendant.<br>_____/ | 1:05-cv-01569-OWW-SMS<br><br>**ORDER VACATING HEARING OF FEBRUARY 9, 2007 re: DEFENDANT'S MOTION TO COMPEL DISCOVERY** (Doc. 16)<br><br>**ORDER DEEMING MOTION SUBMITTED TO THE COURT FOR DECISION** |

   On January 12, 2007, defendant filed a motion to compel discovery, together with supporting memorandum and declaration (Docs. 16 & 17). On January 24, 2007, plaintiff filed a response thereto (Doc. 18).

   Pursuant to Local Rule 78-230(h), the Court finds that the motion to compel discovery is a matter that may appropriately be submitted upon the record and briefs.

   Accordingly, the hearing on the motion, presently set for February 9, 2007 at 9:30 a.m. in Courtroom No. 7 before the undersigned, is VACATED, and the motion is DEEMED SUBMITTED to the Court for decision.

IT IS SO ORDERED.

**Dated:   February 9, 2007**          **/s/ Sandra M. Snyder**
icido3                                  UNITED STATES MAGISTRATE JUDGE