UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZURELITE DEVELOPMENT, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant.<br>_____/ | 1:05-cv-01569-OWW-SMS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL** (Doc. 16)<br><br>**ORDER DIRECTING PLAINTIFF TO RESPOND TO UPS'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND PROVIDE RULE 26(a) DISCLOSURES WITHIN 15 DAYS FROM THE DATE OF SERVICE OF THIS ORDER** |

   United Parcel Service, Inc. ("UPS"), is a defendant in a civil action in this Court.  This matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c) and 72-303.  Pending before the Court is Defendant UPS's motion to compel discovery, filed January 12, 2007, including a supporting memorandum and a declaration of Annemarie O'Shea in support of said motion.  Plaintiff Azurelite Development, LLC ("Azurelite"), filed a declaration of John W. Fricks in response to defendant's motion to compel on January 24, 2007, in which Azurelite sets forth its agreement to the entry of an order granting UPS's motion as well as an explanation for the reasons for delay.  (Doc. 18)

1    GOOD CAUSE APPEARING, there being no opposition to the
2 relief sought by UPS, this Court GRANTS the relief as prayed,
3 ORDERING Azurelite to produce its initial Rule 26(a) disclosures
4 and all responsive documents set forth in UPS's first request for
5 production of documents within fifteen (15) days from the date of
6 service of this Order.
7    Reasonable attorney's fees and costs for prevailing on this
8 motion to compel shall be paid by Azurelite to UPS pursuant to
9 FRCP 37(a)(4) should UPS so advise by written notice to the Court
10 and Azurelite.  A response by Azurelite shall be filed within ten
11 (10) days from the date of the filing of a claim for fees and
12 costs.  Should a hearing be required, the Court will so
13 electronically advise.
14 IT IS SO ORDERED.
15 **Dated:   February 27, 2007**           **/s/ Sandra M. Snyder**
   icido3                              UNITED STATES MAGISTRATE JUDGE

2