UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AZURELITE DEVELOPMENT, LLC, | ) | 1:05-cv-1569 OWW SMS |
| | ) | |
| Plaintiff, | ) | ORDER SETTING SETTLEMENT |
| | ) | CONFERENCE AND FURTHER |
| v. | ) | PRETRIAL CONFERENCE DATES |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This case on for Pretrial Conference hearing on April 23, 2007, before the Honorable Oliver W. Wanger.

Ogden & Fricks, LLP by John W. Fricks, Esq., appeared on behalf of Plaintiff Azurelite Development, LLC.

Morrison & Foerster LLP by Celleia Acevedo, Esq., appeared on behalf of Defendant United Parcel Service, Inc.

Plaintiff's counsel advises that through inadvertence, a damages expert has not been designated.  As a result, Plaintiff is not presently ready to proceed to trial.

The Defendant indicates that it is unwilling to agree to any alternative procedures.

The following orders are entered:

1.   The Pretrial Conference is continued to May 29, 2007,

1

at 11:00 a.m. in Courtroom 3, Seventh Floor.

    2.   A settlement conference shall be conducted in this case before Magistrate Judge Sandra M. Snyder on May 16, 2007, at 1:30 p.m. in Courtroom 7, Sixth Floor.

    3.   Plaintiff has indicated that he will file alternative motions to dismiss and/or to be relieved from his failure to designate an expert. Plaintiff's motion shall be filed by April 27, 2007. Defendant shall have through May 9, 2007, to file any opposition. The motion shall be heard on May 16, 2007, at 4:00 p.m. in Courtroom 3, Seventh Floor before District Judge Oliver W. Wanger.

IT IS SO ORDERED.

Dated:   April 24, 2007　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE