UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AZURELITE DEVELOPMENT LLC,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **UNITED PARCEL SERVICE INC,** ) <br> ) <br> Defendant ) <br> _____) | 1:05-cv-1569 OWW SMS <br><br> **ORDER DISMISSING ACTION <br> PURSUANT TO STIPULATION** |

**Pursuant to the stipulation submitted by the parties, this action is ordered dismissed with prejudice.** IT IS SO ORDERED.

**Dated:   July 6, 2007**              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

1